NUMBER 13-04-137-CV

COURT OF APPEALS

THIRTEENTH DISTRICT OF TEXAS

CORPUS CHRISTI - EDINBURG
_________________________________________________________

MICHAEL BROWN,                                                           Appellant,

v.

VICTORIA COUNTY, ET AL.,                                             Appellees.
_________________________________________________________

On appeal from the 267th District Court
of Victoria County, Texas.
_________________________________________________________

MEMORANDUM OPINION

Before Chief Justice Valdez and Justices Hinojosa and Yañez
Memorandum Opinion Per Curiam

         Appellant, MICHAEL BROWN, perfected an appeal from a judgment entered by
the 267th District Court of Victoria County, Texas, in cause number 03-11-60,497-C. The clerk’s record was filed on April 19, 2004. No reporter’s record was filed. 
Appellant’s brief was due on May 19, 2004. To date, no appellate brief has been
received.
         When the appellant has failed to file a brief in the time prescribed, the Court
may dismiss the appeal for want of prosecution, unless the appellant reasonably
explains the failure and the appellee is not significantly injured by the appellant’s failure
to timely file a brief. Tex. R. App. P. 38.8(a)(1).
         On June 7, 2004, notice was given to all parties that this appeal was subject
to dismissal pursuant to Tex. R. App. P. 38.8(a)(1). Appellant was given ten days to
explain why the cause should not be dismissed for failure to file a brief. To date, no
response has been received.
         The Court, having examined and fully considered the documents on file,
appellant’s failure to file a proper appellate brief, this Court’s notice, and appellant’s
failure to respond, is of the opinion that the appeal should be dismissed for want of
prosecution. The appeal is hereby DISMISSED FOR WANT OF PROSECUTION.
 
                                                               PER CURIAM

Memorandum Opinion delivered and filed
this the 22nd day of July, 2004